# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE KOUGHER, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-2209** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **RICK BURD, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 25th day of May, 2005, upon consideration of plaintiffs' motion for default judgment (Docs. 13, 14) against defendant Angie H. Holloway for failure to file an answer to the complaint (Doc. 1) and of defendant's motion to set aside default (Doc. 17), and it appearing that defendant, proceeding *pro se* in the above-captioned case, did not file a timely answer to the complaint based on her misinterpretation of a prior order of court (see Doc. 17) and that defendant has now filed an answer to the complaint (Doc. 19), and the court finding good cause to set aside the entry of default, see FED. R. CIV. P. 55(c), it is hereby ORDERED that:

1. The motion to set aside default (Doc. 17) is GRANTED and the entry of default as to defendant Angie H. Holloway for failure to plead or otherwise defend (Doc. 15) is SET ASIDE.

2. The motion for default judgment (Docs. 13, 14) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge