# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CHRISTINE KOUGHER, et al.,**          :   **CIVIL ACTION NO. 1:04-CV-2209**
                                        :
              **Plaintiffs**   :   **(Judge Conner)**
**v.**                                  :
                                        :
**RICK BURD, et al.,**                  :
              **Defendants**   :

## **ORDER**

AND NOW, this 31st day of October, 2005, upon consideration of plaintiff's motion to quash (Doc. 37), and it appearing that the motion is not accompanied by a certificate of concurrence,[1] see L.R. 7.1 ("All motions . . . shall contain a certification by counsel for the movant that he or she has sought concurrence in the motion from each party, and that it has been given or denied."), and that the motion seeks the resolution of a discovery issue but does not contain a statement of conference to resolve objections, see L.R. 26.3 ("Counsel for movant in a discovery motion shall file as part of the motion a statement certifying that counsel has conferred with counsel for the opposing party in a good faith effort to resolve by agreement the issues raised by the motion without the intervention of the court, together with a detailed explanation why such agreement could not be reached."), it is hereby ORDERED that the motion (Doc. 37) is STRICKEN from the docket.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge

---

[1] The court also notes that Exhibit A, referenced in the motion (Doc. 37 ¶¶ 1, 3, 8), is not attached to the motion.